Janine C. Prupas, Esq.
Nevada Bar No. 9156
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, Nevada 89501-1961
Telephone: (775) 785-5440
Facsimile: (775) 785-5441
Email: jprupas@swlaw.com

*Attorneys for Defendant Benson Mathews*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BENSON MATHEWS, DOES I-X, inclusive, and ROES I-X, inclusive,<br><br>Defendant. | Case No.: 3:18-cv-00101-RCJ-WGC<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED, by and between Plaintiff Teachers Insurance and Annuity Association of America ("Plaintiff"), and Defendant Benson Mathews ("Mathews"), through their respective counsel of record, that the time allowed for Mathews to respond to Plaintiff's Motion for Preliminary Injunction (ECF No. 3) shall be extended up to and including March 30, 2018. The Opposition is currently due March 19, 2018.

Although Plaintiff filed the Complaint and Motion on March 5, 2018, Mathews was not served until March 12, 2018.

This is the first request to extend the time for Mathews.

/ /

/ /

- 1 -

Dated this 13th day of March, 2018.

| LITTLER MENDELSON, P.C. | SNELL & WILMER LLP |
|---|---|
| /s/ Wendy Medura Krincek | /s/ Janine C. Prupas |
| Wendy Medura Krincek, No. 6417 | Janine C. Prupas, No. 9156 |
| 3960 Howard Hughes Parkway, Suite 300 | 50 W. Liberty Street, Suite 510 |
| Las Vegas, Nevada 89169-5937 | Reno, Nevada 89501 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

IT IS SO ORDERED.

DATED this 14th day of March, 2018.

_____
DISTRICT COURT JUDGE