| | |
|---|---|
| 1 | CHRISTOPHER C. COSS, ESQ. |
| | TOM MOMJIAN, ESQ. |
| 2 | COSS & MOMJIAN, LLP |
| | 111 Presidential Boulevard, suite 214 |
| 3 | Bala Cynwyd, PA 19004 |
| | Telephone: 610.667.6800 |
| 4 | Fax. No. 610.667.6620 |
| | E-mail: ccc@cossmomjian.com |
| 5 | E-mail: tjm@cossmomjian.com |
| 6 | WENDY MEDURA KRINCEK, ESQ., Bar # 6417 |
| | LITTLER MENDELSON, P.C. |
| 7 | 3960 Howard Hughes Parkway |
| | Suite 300 |
| 8 | Las Vegas, NV 89169-5937 |
| | Telephone: 702.862.8800 |
| 9 | Fax No.: 702.862.8811 |
| | E-mail: wkrincek@littler.com |

Attorneys for Plaintiff
TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA, | Case No. 3:18-cv-00101-RDJ-WGC |
| Plaintiff, | **STIPULATION AND ORDER FOR INJUNCTION** |
| vs. | |
| BENSON MATHEWS, DOES I-X, inclusive, and ROES I-X, inclusive, | |
| Defendant. | |

Teachers Insurance and Annuity Association of America ("TIAA") and Benson Mathews ("Mathews"), by and through their counsel of record, hereby enter into the following stipulation to resolve TIAA's preliminary injunction motion pending before the Court:

1. Mathews signed a Confidentiality and Non-Solicitation Agreement (the "Agreement"), attached as Exhibit 1 to the Amended Complaint;

2. The parties are in dispute as to the meaning and whether Mathews has violated the terms of the Agreement;

**ACCORDINGLY, IT IS HEREBY STIPULATED THAT:**

1. Mathews, whether alone or in concert with others, including without limitation any officer, employee, representative, or agent of Vantage Wealth Planning, will not violate Mathews' covenants not to (i) disparage TIAA as set forth in paragraph 5 of the Agreement, (ii) use, disclose, or retain Confidential Information as set forth in paragraph 1 of the Agreement, or (iii) Solicit[1] any Client[2] with whom he had Material Contact[3] with for the period or periods of time specified in the Agreement. The Agreement does not prevent Mathews from accepting business from any Client, or responding to an inquiry posed by any Client who initiates contact with Mathews, provided Mathews does not engage in solicitation as defined by the Agreement.

2. This stipulation is without waiver of any of the parties' claims and/or defenses with respect to damages, attorneys' fees, or costs and resolves only the injunctive aspect of this case without any determination, adjudication or admission as to who is the prevailing party.

/ / /

/ / /

/ / /

/ / /

---

[1] The Agreement defines Solicit to mean "to engage in any communication that knowingly assists, induces, or encourages the other party to take a desired action regardless of which party first initiated contact or whether the communication was in response to a question or inquiry."

[2] The Agreement defines Client as "any individual or institutional client that is doing business with the Company, and any prospective individual or institutional client that is the subject (in whole or in part) of a written or verbal bid, strategy or proposal by the Company or of demonstrable preparation by the Company to pursue a bid, strategy or proposal."

[3] The Agreement defines "Material Contact" as (I) engaging in communication with the Client about the Client's actual or prospective business relationship with the Company; (II) supervising or coordinating the Client's business dealings with the Company; or (III) obtaining or learning Confidential Information from or about the Client as a result of Employee's association with the Company.

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

3. The hearing scheduled for May 29, 2018 is hereby vacated.

Dated: May 8, 2018

Respectfully submitted,

*/s/ Janine C. Prupas, Esq.*
WILLIAM E. PETERSON, ESQ.
JANINE c. Prupas, Esq.
RYAN STODTMEISTER, ESQ.
SNELL & WILMER L.L.P.

Attorneys for Defendant
BENSON MATHEWS

Respectfully submitted,

*/s/ Wendy M. Krincek, Esq.*
WENDY M. KRINCEK, ESQ.
LITTLER MENDELSON, P.C.

CHRISTOPHER C. COSS, ESQ.
TOM MOMJIAN, ESQ.
COSS & MOMJIAN, L.L.P.

Attorneys for Plaintiff
TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA

**IT IS SO ORDERED.**

Dated this 11th day of May, 2018.

_____
UNITED STATES DISTRICT JUDGE

Firmwide:154509267.1 053574.1055

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

3.