William E. Peterson, Bar No. 1528
Janine C. Prupas, Bar No. 9156
Ryan Stodtmeister, Bar No. 14281
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, Nevada 89501-1961
Telephone: (775) 785-5440
Facsimile: (775) 785-5441
Email:  wpeterson@swlaw.com
        jprupas@swlaw.com
        rstodtmeister@swlaw.com

*Attorneys for Defendant Benson Mathews*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BENSON MATHEWS, DOES I-X, inclusive, and ROES I-X, inclusive,<br><br>Defendant. | Case No.: 3:18-cv-00101-RCJ-WGC<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Teachers Insurance and Annuity Association of American and Defendant Benson Mathews, by and through their respective counsel of record, hereby agree and stipulate that this action be dismissed with prejudice with each party to bear her or its own attorneys' fees and costs.

//
//
//
//
//
//

| | |
|---|---|
| | LITTLER MENDELSON, P.C.<br>3960 Howard Hughes Parkway, Suite 300<br>Las Vegas, NV 89169-5937 |
| Dated: August 30, 2018. | COSS & MOMJIAN, LLP |
| | By: */s/ Christopher C. Coss*<br>Christopher C. Coss (admitted *pro hac vice*)<br>111 Presidential Blvd., Suite 214<br>Bala Cynwyd, Pennsylvania 19004<br><br>*Attorneys for Plaintiff Teachers Insurance and Annuity Association of America* |
| Dated: August 30, 2018. | SNELL & WILMER L.L.P. |
| | By: */s/ Janine C. Prupas*<br>William E. Peterson, Bar No. 1528<br>Janine C. Prupas, Bar No. 9156<br>Ryan Stodtmeister, Bar No. 14281<br>50 West Liberty Street, Suite 510<br>Reno, Nevada 89501-1961<br><br>*Attorneys for Defendant Benson Mathews* |

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: _September __, 2018_